# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-1110 | September Term, 2014 |
| | EPA-77FR55698 |
| | EPA-76FR22566 |
| | EPA-76FR15372 |
| | EPA-77FR58220 |
| | EPA-76FR72050 |
| | EPA-77FR9304 |
| | EPA-76FR70834 |
| | EPA-77FR75740 |
| | EPA-77FR48433 |

Filed On: December 17, 2014 [1527849]

Sierra Club,

    Petitioner

    v.

Environmental Protection Agency and Gina McCarthy, Administrator, U.S. Environmental Protection Agency,

    Respondents

### O R D E R

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 120-day intervals beginning April 16, 2015.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                        BY:    /s/
                                     Mark A. Butler
                                     Deputy Clerk